**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

UNITED STATES OF AMERICA

v.                                                                 CASE NO: 8:24-cr-405-JSM-LSG

VIVINA MARY BARNWELL

_____

**ORDER**

THIS CAUSE comes before the Court upon Magistrate Judge Lindsay S. Griffen's Report and Recommendation finding Defendant competent to stand trial (Dkt. 77) and Defendant's Objections (Dkt. 78).

The Court finds the Report and Recommendation to be thorough and provident. It is consistent with the undersigned's review of the entire record. The clear weight of the evidence in this record shows Defendant to be competent.

This case is set on the January 2026 trial term. A date certain trial is scheduled on **Monday, January 5, 2026, at 9:00 a.m.** in Courtroom 17.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of December, 2025.

_JAMES S. MOODY, JR._
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record